UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MEADOWS FINANCIAL SYSTEMS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: |
| DEUTSCHE LUFTHANSA AG., | ) |
| Defendant. | ) DEMAND FOR JURY TRIAL |

## COMPLAINT FOR PATENT INFRINGEMENT

Meadows Financial Systems, LLC ("Meadows") hereby alleges for its Complaint against defendant Deutsche Lufthansa AG ("Lufthansa") on personal knowledge as to its own actions and on information and belief as to the actions of others, as follows:

## THE PARTIES

1. Plaintiff Meadows is a Texas Corporation with a principal place of business at 104 East Houston Street, Suite 170A, Marshall, Texas 75670.

2. Defendant Lufthansa is a German Corporation with a principal place of business in Cologne, Germany. Lufthansa can be served with process of service by and through its registered agent of record, C T Corporation System, 350 N. St. Paul St., Ste. 2900, Dallas, Texas 75201-4234.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). On information and belief, Pizza Hut has transacted business in this district, and has committed acts of patent infringement in this district.

5. On information and belief, Pizza Hut is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this Judicial District.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 8,064,434

6. On November 22, 2011, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,064,434 ("the '434 Patent"), entitled "Method for Providing Internet Services to a Telephone User."  A true and correct copy of the '434 Patent is attached to the Complaint as Exhibit A.

7. Upon information and belief, Lufthansa has been and now is infringing, both literally and/or under the doctrine or equivalents, the claims of the '434 patent in the State of Texas, in this judicial district, and elsewhere in the United States, by, among other things, providing a method for providing the capability to use internet-based applications to a telephone user ("Accused Lufthansa Products"). By making, using, and/or providing the Accused Lufthansa Products, for example the Lufthansa's mobile internet site, that are covered by one or more claims of the '434 patent, Lufthansa has injured Meadows and is thus liable to Meadows for infringement of the '434 patent pursuant to 35 U.S.C. §271.

8. As a result of Lufthansa's unlawful infringement of the '434 patent, Meadows has suffered and will continue to suffer damage. Meadows is entitled to recover from Lufthansa the damages adequate to compensate for such infringement, which have yet to be determined.

9. Lufthansa's acts of infringement have caused and will continue to cause irreparable harm to Meadows unless and until enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Meadows prays for a Judgment from this Honorable Court in favor of Meadows and against Lufthansa as follows:

1. That the '434 patent is valid and enforceable;

2. That Lufthansa has infringed the '434 patent;

3. An order requiring Lufthansa to pay Meadows its damages, costs, expenses, and pre-judgment and post-judgment interest for Lufthansa's infringement of the '434 patent as provided under 35 U.S.C. § 284;

4. An order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Meadows its reasonable attorneys' fees; and

5. Any and all other relief to which Meadows may show itself to be entitled.

## DEMAND FOR JURY TRIAL

Meadows, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

| | |
|---|---|
| Dated: August 17, 2012 | By: */s/Andrew W. Spangler*<br>Andrew W. Spangler<br>State Bar No. 24041960<br>SPANGLER & FUSSELL P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>903-753-9300<br>Fax: 903-553-0403<br>Email: spangler@sfipfirm.com<br><br>James A. Fussell III<br>AR State Bar No. 2003193<br>Spangler & Fussell P.C.<br>211 N. Union Street, Suite 100<br>Alexandria, VA 22314<br>(903) 753-9300<br>Fax:  (903) 553-0403<br>Email: fussell@sfipfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF MEADOWS FINANCIAL SYSTEMS, LLC** |